UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAUDETTE HARPER,

    Plaintiff,

v.                                          CASE NO: 8:05-cv-670-T-23MAP

LAKELAND INVESTMENTS &
ASSOCIATES, LLC d/b/a
GRACE HEALTHCARE OF LAKELAND,

    Defendant.
_____/

**ORDER**

    The plaintiff files (Doc. 2) a four-count complaint under the Florida Civil Rights Act and the Family and Medical Leave Act ("FMLA"). Arguing that the plaintiff fails to state a claim for interference with rights protected by the FMLA, the defendant moves to dismiss count three of the complaint (Doc. 4). The allegations in the plaintiff's complaint sufficiently set forth a claim for interference with the reinstatement right protect by the FMLA. Strickland v. Water Works and Sewer Bd. of City of Birmingham, 239 F.3d 1199, 1206-1207 (11th Cir. 2001) ("To state a claim of interference with a substantive right, an employee need only demonstrate by a preponderance of the evidence that he was

entitled to the benefit denied."). Accordingly, the complaint satisfies Rule 12, Federal Rules of Civil Procedure and the defendant's motion to dismiss (Doc. 4) is **DENIED**.

ORDERED in Tampa, Florida, on April 27, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE


cc: US Magistrate Judge
    Courtroom Deputy