UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAUDETTE HARPER,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-670-T-23MAP

LAKELAND INVESTMENTS & ASSOCIATES,
LLC, d/b/a Grace Healthcare of Lakeland,

    Defendant.
_____/

**ORDER**

    The plaintiff files a complaint (Doc. 2) asserting violations of the Florida Civil Rights Act and the Family Medical Leave Act.  The defendants remove (Doc. 1), and the plaintiff moves (Doc. 7) to remand.  The complaint asserts a federal question. Accordingly, pursuant to 28 U.S.C. §1441(b), the motion (Doc. 7) to remand is **DENIED**.

    ORDERED in Tampa, Florida, on July 13, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE